# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

_____

STEVEN LEVINE,                                    CASE NO:  0:15-cv-61489-JIC

      Plaintiff,

vs.

TOMMY HILFIGER RETAIL, LLC,
a Delaware limited liability company,
d/b/a TOMMY HILFIGER KIDS,

      Defendant.

_____

## NOTICE OF SETTLEMENT

      COME NOW Plaintiff, STEVEN LEVINE, and Defendant, TOMMY HILFIGER RETAIL, LLC, a Delaware limited liability company, d/b/a TOMMY HILFIGER KIDS, by and through their respective undersigned counsel, and hereby notify this Honorable Court that settlement has been reached in the above styled case among all parties. The settlement agreement is in the process of being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter.

      Dated: This 23rd day of December, 2015.


By: /s/ B. Bradley Weitz                          By:  /s/ Meg Zabijaka                          .
   B. Bradley Weitz, Esq.                            Meg Zabijaka, Esq.
   THE WEITZ LAW FIRM, P.A.                           CONSTANGY, BROOKS, SMITH
   Bank of America Building                           & PROPHETE, LLP
   18305 Biscayne Blvd., Suite 214                    200 West Forsyth Street, Suite 1700
   Aventura, Florida 33160                            Jacksonville, Florida  32202-4317
   Telephone: (305) 949-7777                          Telephone:  (904).356-8900
   Facsimile: (305) 704-3877                          Facsimile:   (904) 356-8200
   Email: bbw@weitzfirm.com                           Email: mzabijaka@constangy.com
   Attorney for Plaintiff                             Attorneys for Defendant


                **SO ORDERED:**


                _____
                Hon. James I. Cohn, U.S.D.J.