UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:15-61489-CIV-COHN/SELTZER

STEVEN LEVINE,

    Plaintiff,

vs.

TOMMY HILFIGER RETAIL, INC., etc.,

    Defendant.

_____/

## ORDER DISMISSING AND CLOSING CASE

**THIS CAUSE** is before the Court upon the Parties' Joint Notice to the Court [DE 23]. The Parties state that they "consent to dismissal without prejudice of this case for a period of thirty days subject to being reopened as necessary." The Court will grant this relief in part, and dismiss this case without prejudice.

Accordingly, Plaintiff's claims are **DISMISSED without prejudice** and the Clerk of Court is hereby directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of March, 2016.

_____
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.